**Opinion filed September 26, 2024**



In The

# Eleventh Court of Appeals

_____

## No. 11-24-00213-CV

_____

## GREGORY DON TATUM, Appellant

## V.

## TINA DEAN TATUM, Appellee

**On Appeal from the 118th District Court**
**Howard County, Texas**
**Trial Court Cause No. 55666**

### M E M O R A N D U M   O P I N I O N

On August 2, 2024, Appellant, Gregory Don Tatum, filed a notice of appeal from the trial court's final decree of divorce. The clerk of this court instructed Appellant to pay the $205 filing fee and informed him that his notice of appeal appeared to be untimely. The trial court signed the final decree of divorce on April 30, 2024, after which Appellant timely filed a motion for new trial. Because Appellant's notice of appeal was due no later than July 29, 2024, Appellant was directed to file a motion to extend the time to file his notice of appeal no later than

August 13, 2024. *See* Tex. R. App. P. 26.1(a)(1), 26.3. In a second letter dated August 23, 2024, we notified Appellant that the required filing fee, docketing statement, and motion for an extension of time were past due and, on this court's own motion, extended the due date for these filings to August 30, 2024. We further notified Appellant that the appeal would be subject to dismissal if he failed to comply with these requirements. *See* Tex. R. App. P. 42.3.

As of this date, we have not received a motion for extension of time to file the notice of appeal, the necessary filing fee, or a docketing statement from Appellant. Because Appellant's notice of appeal was untimely filed, and he has failed to file any of the above as directed by this court, we dismiss the appeal. *See* Tex. R. App. P. 5, 26.1, 42.3.

W. STACY TROTTER

JUSTICE

September 26, 2024

Panel consists of: Bailey, C.J.,
Trotter, J., and Williams, J.

2